THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. DAVID KAPLAN, Appellant.

(Argued January 11, 1932; decided February 9, 1932.)

*Walter R. Hart* for appellant.

*William F. X. Geoghan, District Attorney* (*Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ.    Not sitting: KELLOGG, J.